Prime Diagnostic Medical, P.C., as Assignee of KHADINE ISAAC, Appellant,
against
Liberty Mutual Fire Ins. Co., Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Ulysses Bernard Leverett, J.), entered December 9, 2013. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint.
Contrary to plaintiff's first contention on appeal, the affidavit of defendant's claim specialist established that defendant had timely mailed requests and follow-up requests for verification (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]). Contrary to plaintiff's remaining contention, the affidavit of defendant's claim specialist was also sufficient to establish that plaintiff had failed to respond to those requests. 
Accordingly, the order is affirmed. 
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: November 01, 2016